EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Eugenio Pérez Matos | 2005 TSPR 56<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-3687


Fecha: 14 de abril de 2005


Colegio de Abogados de Puerto Rico:

                          Lcdo. José M. Montalvo Trías
                          Director Ejecutivo

Abogado del Peticionario:

                          Lcdo. Pedro J. Torres Marcano




Materia: Reinstalación al ejercicio de la abogacía y la notaría.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eugenio Pérez Matos                    TS-3687

RESOLUCION

San Juan, Puerto Rico, a 14 de abril de 2005.

Atendida la "Moción Para que se Deje sin efecto Suspensión del Ejercicio de la Abogacía del Compareciente Eugenio Pérez Matos" del 12 de abril de 2005, y la "Moción de Desistimiento", del 1 de abril de 2005, presentada por el Colegio de Abogados de Puerto Rico, se autoriza la reinstalación del señor Eugenio Pérez Matos al ejercicio de la abogacía y la notaría.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta no intervino

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo